**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ESTELA MARTIN,                                    CASE NO.: 1:21-cv-20889

      Plaintiff,

v.

WAL-MART STORES EAST, LP,

      Defendant.

_____/

### DEFENDANT WAL-MART STORES EAST, LP'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURES STATEMENT

Defendant Wal-Mart Stores East, LP ("Walmart"), through undersigned counsel, files its Certificate of Interested Parties and Corporate Disclosure Statement.

### Interested Parties

The person, associated persons, firms, partnerships or corporation that has or may have a financial interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case includes:

1) Wal-Mart Stores East, LP
    *Defendant*

2) Christine M. Manzo, Esq.
    *Counsel for Wal-Mart Stores East, LP*

3) Nicholas Neville, Esq.
    *Counsel for Wal-Mart Stores East, LP*

4) Liebler Gonzalez & Portuondo
    *Counsel for Wal-Mart Stores East, LP*

5) Estela Martin
    *Plaintiff*

CASE NO.: 1:21-cv-20889

     6)    Carlos Omar Gomez, Esq.
             *Plaintiff's Counsel*

     7)    Law Office of Carlos O. Gomez, P.A.
             *Plaintiff's Counsel*

The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings.

None.

## Corporate Disclosure

Wal-Mart Stores East, LP is a Delaware Limited Partnership with its principal place of business in the State of Arkansas. WSE Management, LLC is the general partner and WSE Investment, LLC is the limited partner of Wal-Mart Stores East, LP. These are the only partners of Wal-Mart Stores East, LP. WSE Management, LLC and WSE Investment, LLC are Delaware limited liability companies. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC, an Arkansas Limited Liability Company. The sole member of Wal-Mart Stores East, LLC is Wal-Mart Stores, Inc. Wal-Mart Stores Inc. is an incorporated entity under the laws of the State of Delaware. Wal-Mart Stores Inc. is incorporated in the State of Delaware. Wal-Mart Stores East, LLC, is a wholly-owned subsidiary of Walmart Inc. Walmart Inc., a Delaware corporation, is a publicly traded company on the New York Stock Exchange and traded under the symbol WMT.  No publicly traded entity owns more than 10% of the company.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130  (305) 379-0400

CASE NO.: 1:21-cv-20889

Respectfully submitted,

**LIEBLER, GONZALEZ & PORTUONDO**
*Attorneys for Defendant*
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
(305) 379-0400
service@lgplaw.com

By:      */s/ Christine M. Manzo*
CHRISTINE M. MANZO
Florida Bar No. 52121
NICHOLAS G. NEVILLE
Florida Bar No. 123893

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of March, 2021, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF and will send a notice of electronic filing to the following: **CARLOS OMAR GOMEZ** (COGOMEZPA@AOL.COM), LAW OFFICE OF CARLOS O. GOMEZ PA *Attorneys for Plaintiff*, 102 EAST 49TH STREET, HIALEAH, FL, 33013.

*/s/ Christine M. Manzo*
CHRISTINE M. MANZO