**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ESTELA MARTIN,                      CASE NO.: 1:21-cv-20889

       Plaintiff,
v.

WAL-MART STORES EAST, LP,

       Defendant.
_____/

**JOINT SCHEDULING REPORT**

Pursuant to the Court's order requiring, among other things, the filing a joint scheduling report and Local Rule 16.1(b)(2) of the Local Rules of the United States District Court for the Southern District of Florida, the parties respectfully file their Joint Scheduling Report and state as follows.

**A.**     **Likelihood of settlement:**

The parties are in good faith exploring avenues for resolution of the matter.

**B.**     **The likelihood of additional parties appearing in the action:**

Not expected at this time.

**C.**     **Proposed limits on the time to join other parties, amend the pleadings, file and hear motions, and complete discovery:**

The parties request the following time limits:

     a.     Join other parties and amend the pleadings: June 14, 2021.

     b.     File and hear motions:

- All summary judgment, Daubert, and other dispositive motions must be filed no later than June 6, 2022.

- All pre-trial motions and memoranda of law must be filed by September 12, 2022.

**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130  (305) 379-0400

CASE NO.: 1:21-cv-20889

    c.    Complete discovery: <u>May 13, 2022.</u>

**D.**    **Proposals for the formulation and simplification of issues:**

Unknown at this time; however, the parties will meet to discuss any proposals for the formulations and simplification of issues prior to filing the pretrial stipulation.

**E.**    **The necessity or desirability of amendments to the pleadings:**

Not expected at this time.

**F.**    **Possibility of obtaining admissions of fact and of documents:**

Counsel will meet after the applicable discovery cut-off date and the pretrial conference to discuss stipulations regarding the authenticity of documents and the need for advance rulings from the Court on the admissibility of evidence.

**G.**    **Suggestions for the avoidance of unnecessary proof and of cumulative evidence:**

The parties will meet prior to filing the pretrial stipulation to discuss suggestions for the avoidance of unnecessary proof and cumulative evidence.

**H.**    **Suggestions on the advisability of referring matters to a Magistrate Judge or master:**

The parties generally do no object to referring discovery matters to the magistrate judge assigned to this case. Beyond the foregoing, the parties do not believe there is any need for references to a special master or magistrate judge at this juncture. However, the parties reserve the right to object to the magistrate ruling on a specific discovery issue or motion should they decide to do so at any point during the litigation.

**I.**    **Preliminary estimate of the time required for trial:**

At this time the parties estimate a jury trial of this matter will take between 4 to 5 days.

CASE NO.: 1:21-cv-20889

**J.     Date for conferences before trial, final pretrial conference, and trial:**

The parties request a jury trial on or after October 24, 2022. The parties further request a pretrial conference two months before the trial.

**K.     Any issues about:**

**(i) disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced;**
**(ii) claims of privilege or of protection as trial-preparation materials, including – if the parties agree on a procedure to assert those claims after production – whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502; and**
**(iii) when the parties have agreed to use the ESI Checklist available on the Court's website, matters enumerated on the ESI Checklist.**

The parties do not believe that there will be discovery of electronically stored information.

**L.     Any other information that might be helpful to the Court in setting the case for status or pretrial conference:**

The parties request that this case be placed on the standard track for case management.

Respectfully submitted,

| | |
|---|---|
| */s/ Carlos Omar Gomez* | */s/ Christine M. Manzo* |
| CARLOS OMAR GOMEZ, ESQ. | CHRISTINE MANZO, ESQ. |
| **LAW OFFICE OF CARLOS O. GOMEZ** | NICHOLAS G. NEVILLE, ESQ. |
| 102 East 49th Street | **LIEBLER, GONZALEZ & PORTUONDO** |
| Hialeah, Florida 33013 | 44 West Flagler Street, 25th Floor |
| Tel: (305) 698-3421 | Miami, FL 33130 |
| Email: cogomezpa@aol.com | Tel: 305-379- 0400 |
| | Fax: (305) 379-9626 |
| *Attorney for Plaintiff* | Email: cmm@lgplaw.com |
| | *Attorneys for Defendant* |