# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

ESTELA MARTIN,　　　　　　　　　　　　　CASE NO.: 1:21-cv-20889

　　　　　Plaintiff,

v.

WAL-MART STORES EAST, LP,

　　　　　Defendant.
_____/

## SCHEDULE JOINTLY PROPOSED BY THE PARTIES

THIS MATTER is set for trial for the week of October 24, 2022. The Parties propose to adhere to the following schedule:

| Date | Event |
|---|---|
| May 17, 2021 | The Parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P. 26. The Parties are under a continuing obligation to furnish supplements within ten (10) days of receipt or other notice of new or revised information. |
| June 14, 2021 | The Parties shall file motions to amend pleadings or join Parties. |
| February 18, 2022 | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| February 28, 2022 | The Defendant shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| March 14, 2022 | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| May 13, 2022 | The Parties shall complete all discovery, including expert discovery. |
| May 23, 2022 | The Parties shall complete mediation and file a mediation report with the Court. |

CASE NO.: 1:21-cv-20889

| | |
|---|---|
| June 6, 2022 | The Parties shall file all dispositive pre-trial motions and memoranda of law. The Parties shall also file any motions to strike or exclude expert testimony, whether based on Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), or any another basis. |
| September 12, 2022 | The Parties shall each file one motion in *limine*. All motions *in limine* must be filed at least six (6) weeks before calendar call. |
| October 10, 2022 | The Parties shall file their joint pretrial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d) and (e). The Parties shall also file final proposed jury instructions or conclusions of law (for non-jury trials). |
| October 10, 2022 | The Parties shall submit their deposition designations. |

Respectfully submitted,

/s/ Carlos Omar Gomez _____
CARLOS OMAR GOMEZ, ESQ.
**LAW OFFICE OF CARLOS O. GOMEZ**
102 East 49th Street
Hialeah, Florida 33013
Tel: (305) 698-3421
Email: cogomezpa@aol.com

*Attorney for Plaintiff*

/s/ Christine M. Manzo_____
CHRISTINE MANZO, ESQ.
NICHOLAS G. NEVILLE, ESQ.
**LIEBLER, GONZALEZ & PORTUONDO**
44 West Flagler Street, 25th Floor
Miami, FL 33130
Tel: (305) 379-0400
Fax: (305) 379-9626
Email: cmm@lgplaw.com

*Attorneys for Defendant*