**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ESTELA MARTIN,                                   CASE NO.: 1:21-cv-20889

    Plaintiff,

v.

WAL-MART STORES EAST, LP,

    Defendant.
_____/

**NOTICE OF SERVING PROPOSAL FOR SETTLEMENT/**
**OFFER OF JUDGMENT TO PLAINTIFF ESTELA MARTIN**

Defendant WAL-MART STORES EAST, LP, through undersigned counsel, pursuant to Rule 68 of the Federal Rules of Civil Procedure and Florida Statute §768.79, gives Notice of Serving Proposal for Settlement/Offer of Judgment to Plaintiff ESTELA MARTIN.

                        Respectfully submitted,

                        **LIEBLER, GONZALEZ & PORTUONDO**
                        *Attorneys for Defendant*
                        Courthouse Tower - 25th Floor
                        44 West Flagler Street
                        Miami, FL 33130
                        (305) 379-0400
                        service@lgplaw.com

By:    */s/ Christine M. Manzo*
            CHRISTINE M. MANZO
            Florida Bar No. 52121
            NICHOLAS G. NEVILLE
            Florida Bar No. 123893

CASE NO.: 1:21-cv-20889

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of January, 2022, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF and will send a notice of electronic filing to the following: **CARLOS OMAR GOMEZ,** (COGOMEZPA@AOL.COM), LAW OFFICE OF CARLOS O. GOMEZ PA, *Attorneys for Plaintiff*, 102 EAST 49TH STREET, HIALEAH, FL, 33013.

*/s/ Christine M. Manzo*
CHRISTINE M. MANZO