UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ESTELA MARTIN,  CASE NO.: 1:21-cv-20889
    Plaintiff,
v.

WAL-MART STORES EAST, LP,
    Defendant,
_____/

**UNOPPOSED MOTION FOR CHARLES A. MADISON TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of CHARLES A. MADISON of the law firm of LIEBLER, GONZALEZ & PORTUONDO, Courthouse Tower – 44 West Flagler Street, Suite 2500, Miami, FL 33130, (305)379-0400, for purposes of appearance as co-counsel on behalf of WAL-MART STORES EAST, LP in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit CHARLES A. MADISON to receive electronic filings in this case, and in support thereof states as follows:

    1.    CHARLES A. MADISON is not admitted to practice in the Southern District of Florida and is a member in good standing of the Florida Bar, the North Carolina Bar, the Colorado Bar, and the United States District Court for the Eastern District of North Carolina Bar.

    2.    Movant, CHRISTINE M. MANZO, Esquire, of the law firm of LIEBLER, GONZALEZ & PORTUONDO, Courthouse Tower – 44 West Flagler Street, Suite 2500, Miami, FL 33130, (305) 379-0400, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court

CASE NO.: 1:21-cv-20889

with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, CHARLES A. MADISON has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. CHARLES A. MADISON has applied for regular membership in the Bar of this Court, and that application is pending as of the time of filing of this Motion.

5. Counsel for Defendant and counsel for Plaintiff have met and conferred on this Motion, and counsel for Plaintiff does not oppose the Motion.

6. CHARLES A. MADISON, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to CHARLES A. MADISON at email address: cam@lgplaw.com.

WHEREFORE, CHRISTINE M. MANZO moves this Court to enter an Order for CHARLES A. MADISON to appear before this Court on behalf of WAL-MART STORES EAST, LP for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to CHARLES A. MADISON.

      Respectfully submitted,

      **LIEBLER, GONZALEZ & PORTUONDO**
      *Attorneys for Defendant*
      Courthouse Tower - 25th Floor
      44 West Flagler Street
      Miami, FL 33130
      (305) 379-0400
      service@lgplaw.com

CASE NO.: 1:21-cv-20889

By:    */s/ Christine M. Manzo*
CHRISTINE M. MANZO
Florida Bar No. 52121
NICHOLAS G. NEVILLE
Florida Bar No. 123893

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of March, 2022, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF and will send a notice of electronic filing to the following: **CARLOS OMAR GOMEZ,** (COGOMEZPA@AOL.COM), LAW OFFICE OF CARLOS O GOMEZ PA, *Attorneys for Plaintiff*, 102 EAST 49TH STREET, HIALEAH, FL, 33013.

*/s/ Christine M. Manzo*
CHRISTINE M. MANZO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-20889

ESTELA MARTIN,

    Plaintiff,
v.

WAL-MART STORES EAST, LP,

    Defendant,
_____/

**CERTIFICATION OF CHARLES A. MADISON**

    Charles A. Madison, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Florida Bar, North Carolina Bar, Colorado Bar, and the United States District Court for the Eastern District of North Carolina Bar; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                          */s/ Charles A. Madison*
                                          CHARLES A. MADISON