**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:21-cv-20889**

ESTELA MARTIN,

    Plaintiff,

v.

WAL-MART STORES EAST, LP,

    Defendant,

_____/

**ORDER GRANTING UNOPPOSED MOTION FOR CHARLES A. MADISON TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Unopposed Motion for Charles A. Madison to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that:

The Motion is **GRANTED**. Charles A. Madison may appear and participate in this action on behalf of Wal-Mart Stores East, LP. The Clerk shall provide electronic notification of all electronic filings to Charles A. Madison, at cam@lgplaw.com.

**DONE AND ORDERED** in Chambers at _____, Florida, this \_\_\_\_\_ day of _____.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record