UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-20889-CIV-MARTINEZ

ESTELA MARTIN,

    Plaintiff,

v.

WAL-MART STORES EAST, LP,

    Defendant.
_____/

## ORDER DENYING MOTION TO APPEAR PRO HAC VICE

**THIS CAUSE** comes before the Court upon Defense counsel's Motion for Charles A. Madison, Esq. to appear *pro hac vice* ("Motion"). (ECF No. 49). Mr. Madison states in the Motion that he is a member of The Florida Bar and resides and practices within this District. Pursuant to Local Rule 4(a), "[a]ttorneys residing within this District and practicing before this Court are expected to be members of the bar of this Court." S.D. L.R. 4(a). As such, Mr. Madison is expected to be a member of this Court's bar and cannot appear *pro hac vice* while his membership to this Court's bar is pending.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** that the Motion, (ECF No. 49), is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of March, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record